JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARYAM BALOUCH,<br>Plaintiff,<br>v.<br>FCA US, LLC; AND DOES 1 through 10, inclusive,<br>Defendants. | Case No. 8:25-cv-01209-FWS-KES<br>**JUDGMENT** |

///

///

///

Plaintiff Maryam Balouch brings this case against Defendant FCA US, LLC. For the reasons stated on the record at the October 29, 2026 [Dkt. 50]; November 5, 2026 [Dkt. 51]; and November 13, 2026 [Dkt. 57] pretrial conferences and hearings, the court found that Plaintiff did not show good cause for failing to comply with the court's Scheduling Order, and dismissed the case with prejudice.

Accordingly, judgment is hereby entered in this case against Plaintiff and in favor of Defendant. Plaintiff shall take nothing on her claims against Defendant in this case.

**IT IS SO ORDERED.**

Dated: November 17, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE